IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ETHAN ARNHEIM,<br>1818 4th Street NW<br>Washington, DC 20001<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br>c/o Matthew Lamb<br>1909 K. St NW 12th Floor<br>Washington D.C., 20006<br><br>    Defendant. | Case No. 25-1316 |

## NOTICE OF REMOVAL

Defendant Citibank, N.A. ("Citibank") provides notice pursuant to 28 U.S.C. §§ 1332, 1441, & 1446 of the removal of the above-captioned case from the Superior Court of the District of Columbia (the "State Court") to the United States District Court for the District of Columbia. As grounds for removal, Citibank states as follows:

### BACKGROUND

1.  On April 8, 2025, plaintiff Ethan Arnheim ("Plaintiff") filed a Complaint against Citibank in the State Court. A copy of the Complaint and the associated Summons is attached as **Exhibit A**. The State Court issued the Initial Order attached hereto as **Exhibit B** and assigned the case the number 2025-CAB-002161.

2.  Per the Affidavit of Service attached hereto as **Exhibit C**, Plaintiff purported to serve Citibank on April 9, 2025 by having the Summons and Complaint delivered to a Citibank retail branch located at 1258 Wisconsin Avenue, NW, Washington, DC 20007.

3.  In his Complaint, Plaintiff alleges Citibank wrongfully froze seven deposit accounts he held with Citibank. Based on this allegation, Plaintiff brings claims for breach of

contract, breach of the implied covenant of good faith and fair dealing, and negligence. Plaintiff requests $10,000 in compensatory damages, the "return" of roughly $300,000 held in the accounts, pre- and post-judgment interest, punitive damages, and costs.

## JURISDICTION AND VENUE

4. The Court has diversity jurisdiction under 28 U.S.C. § 1332(a)(1) because Plaintiff and Citibank are citizens of different states and the amount in controversy exceeds $75,000.

5. Plaintiff is an individual and a citizen of the District of Columbia.

6. Citibank is a national banking association organized under federal law with its main office in South Dakota. Therefore, Citibank is a citizen of South Dakota for purposes of diversity jurisdiction. *See* 28 U.S.C. § 1348; *Wachovia Bank, N.A. v. Schmidt*, 546 U.S. 303, 318 (2006).

7. The amount in controversy exceeds $75,000 because Plaintiff requests $10,000 in compensatory damages, the "return" of the roughly $300,000 held in the accounts, pre- and post-judgment interest, punitive damages, and costs. *See* 28 U.S.C. § 1446(c)(2) ("the sum demanded in good faith in the initial pleading" is generally "deemed to be the amount in controversy").

8. Pursuant to 28 U.S.C. § 1441(a), this judicial district is the proper venue for removal because the State Court lies within this district.

## PROCEDURAL COMPLIANCE

9. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11. *See* 28 U.S.C. § 1446(a).

10. The documents attached hereto as Exhibits A, B, and C represent all the documents which have been served on Citibank in the State Court proceedings. *See id*.

11. Removal of this action is timely. Assuming, for the sake of argument, that Citibank was properly served on April 9, 2025, the deadline for removal is not until May 9, 2025. *See id*. § 1446(b)(1).

12. Copies of this Notice are being served on all parties of record and filed with the State Court. *See* 28 U.S.C. § 1446(d).

WHEREFORE, defendant Citibank hereby gives notice that the action is removed to this Court.

Dated: April 30, 2025

Respectfully submitted,

BALLARD SPAHR LLP

*/s/ John D. Sadler*
John D. Sadler (#483301)
Matthew D. Lamb (#1034529)
1909 K Street, NW, 12th Floor
Washington, DC 20006
Telephone: (202) 661-2200
Fax: (202) 661-2299
sadlerj@ballardspahr.com
lambm@ballardspahr.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that on April 30, 2025, I directed that the foregoing **Notice of Removal** be served to the following via first class mail and e-mail:

Ethan Arnheim
1818 4th Street NW
Washington, DC 20001
ethanarnheim@gmail.com

*Pro Se Plaintiff*

                                                                    */s/ John D. Sadler*
                                                                    JOHN D. SADLER