# **<u>EXHIBIT A</u>**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Ethan Arnheim
1818 4th Street NW
Washington, DC 20001
Plaintiff,

v.

Citibank, N.A.
c/o Branch Manager
1258 Wisconsin Avenue NW
Washington, DC 20007

Also serving:
Citibank, N.A.
388 Greenwich Street
New York, NY 10013
Defendant.

Case No.: _____

FILED
CIVIL DIVISION
APR 08 2025
Superior Court of the
District of Columbia

2025 2161

# COMPLAINT

*(Jury Trial Demanded)*

Plaintiff, Ethan Arnheim, appearing pro se, alleges as follows:

## PARTIES

1. Plaintiff, Ethan Arnheim, is a natural person residing at 1818 4th Street NW, Washington, DC 20001.

2. Defendant, Citibank, N.A., is a federally chartered national banking association headquartered at 388 Greenwich Street, New York, NY 10013, and is authorized to conduct business in the District of Columbia. For purposes of service, Citibank operates a full-service branch at 1258 Wisconsin Avenue NW, Washington, DC 20007, where it maintains a presence in the District.

## JURISDICTION AND VENUE

3. This Court has jurisdiction under D.C. Code § 11–921.

4. Venue is proper under D.C. Code § 13–423(a) because Citibank transacts business in the District and the actions giving rise to this complaint occurred within the District.

FACTUAL ALLEGATIONS

5. Plaintiff had maintained seven deposit accounts with Citibank, all of which were in good standing and provided substantial balances:

    - Checking Account ending in -4377
    - Savings Plus Account ending in -5406
    - Savings Plus Account ending in -4385
    - Savings Plus Account ending in -4393
    - Savings Plus Account ending in -5425
    - Citi Savings Account ending in -2939
    - Citi Savings Account ending in -6498

6. In December 2024, Citibank notified Plaintiff that certain Know Your Customer (KYC) documentation was needed for his accounts.

7. Plaintiff promptly provided all requested documents and participated in multiple calls to resolve the issue. Citibank confirmed the KYC alert was cleared from Plaintiff's account, with no further issues raised at that time.

8. On April 4, 2025, without any prior notice or explanation, Citibank froze all seven of Plaintiff's accounts. Plaintiff was unable to access or withdraw his own funds.

9. Citibank did not inform Plaintiff in advance, nor did it offer any explanation for the freeze. There was no notice, no warning, and no clarification provided by Citibank.

10. After the freeze, Plaintiff immediately contacted Citibank's customer service, spending multiple hours on hold and being transferred between various departments without any meaningful resolution.

11. On April 7, 2025, Plaintiff visited Citibank's Georgetown branch located at 1258 Wisconsin Avenue NW, Washington, DC 20007, where he spent over five hours attempting to resolve the matter in person with Seun Adeyemi, a Citibank Relationship Manager. Unfortunately, Mr. Adeyemi was unable to assist further, as the KYC

representatives with whom he was in contact failed to provide any resolution or meaningful assistance.

12. As a result of Citibank's actions, Plaintiff's financial stability has been severely disrupted. Specifically:

- Mortgage payments have been rejected due to insufficient funds, putting Plaintiff at risk of default and potential foreclosure.

- Plaintiff has incurred fees and penalties, including returned check fees, late fees, and interest penalties totaling approximately $10,000 due to Citibank's failure to provide access to his accounts.

- Plaintiff has also lost interest earnings on the funds held in the frozen accounts, further compounding his financial losses.

13. Plaintiff's accounts, which hold approximately $300,000, remain frozen by Citibank without explanation or remedy. This continued action constitutes a severe violation of Plaintiff's rights and has caused significant economic harm.

LEGAL DUTIES AND VIOLATIONS

14. Citibank had a contractual obligation to Plaintiff under the banking agreement governing the accounts. Citibank also owed Plaintiff a duty of care to manage his accounts responsibly and provide access to his funds.

15. Citibank violated 12 CFR § 1005.11, which governs the timely resolution of account errors, and 12 CFR § 103.121, which requires KYC compliance procedures to be fair and reasonable.

16. Citibank also breached the implied covenant of good faith and fair dealing by freezing Plaintiff's accounts without warning, failing to provide adequate customer support, and refusing to explain or resolve the issue despite multiple attempts by Plaintiff to address the matter.

17. Citibank's failure to honor its duties and obligations has resulted in substantial damages to Plaintiff, including the following:

- $300,000 in funds that remain inaccessible

- $10,000 in fees, penalties, and lost interest

- Risk of mortgage default and financial harm

CAUSES OF ACTION

Count I – Breach of Contract

18. Citibank has materially breached the banking contract by blocking Plaintiff's accounts without valid cause, notice, or resolution, thereby causing Plaintiff significant financial harm.

Count II – Breach of the Implied Covenant of Good Faith and Fair Dealing

19. Citibank's actions, including its failure to inform Plaintiff of account issues and its unresponsiveness to Plaintiff's requests for help, violate the implied covenant of good faith and fair dealing inherent in every contract.

Count III – Negligence

20. Citibank owed Plaintiff a duty of reasonable care in managing and servicing Plaintiff's accounts. By freezing the accounts without cause and failing to promptly resolve the issue, Citibank negligently caused financial damage to Plaintiff.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment in favor of Plaintiff and against Defendant, Citibank, as follows:

A. $10,000 in compensatory damages for fees, penalties, and losses incurred due to Defendant's negligence;
B. $300,000 for the return of Plaintiff's funds, which remain inaccessible;
C. Pre- and post-judgment interest on all damages;
D. Punitive damages for Citibank's willful misconduct and bad faith conduct;
E. Costs and disbursements of this action;
F. Any other relief the Court deems just and proper.

JURY DEMAND

Plaintiff demands a trial by jury on all triable issues.

Dated: April 8, 2025
Washington, DC

Respectfully submitted,

Ethan Arnheim
1818 4th Street NW
Washington, DC 20001
+240 393 2668

ethanarnheim@gmail.com
*Plaintiff, Pro Se*



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Ethan Arnheim
_____
                    Plaintiff
                vs.

Citibank NA
_____
                    Defendant

Case Number  **2025 2161**

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Ethan Arnheim
_____
Name of Plaintiff's Attorney

Pro Se
_____
Address
1818 4th Street NW WDC 20001

240 393 2668
_____
Telephone
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Dể có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202)879-4828로 전화주십시오    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

Clerk of the Court

By _____
                Deputy Clerk

Date _____

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                    Super. Ct. Civ. R. 4

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH
INFORMATION SHEET

**2025 2161**

| | |
|---|---|
| Ethan Arnheim <br> *Plaintiff(s)* | Case Number: _____ |
| vs | Date: _____ |
| Citibank, NA <br> *Defendant(s)* | ☐ One of the defendants is being sued in their official capacity. |

| Name: *(Please Print)* <br> Ethan Arnheim | Relationship to Lawsuit |
|---|---|
| Firm Name: <br> Pro Se | ☐ Attorney for Plaintiff |
| Telephone No.:  DC Bar No.: <br> (240) 393-2668 | ☑ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE:  ☐ Non-Jury    ☑ 6 Person Jury    ☐ 12 Person Jury
Demand: $ 400,000.00           Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____  Judge: _____  Calendar #: _____

Case No.: _____  Judge: _____  Calendar #: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

| CONTRACT | COLLECTION/INS. SUB | EMPLOYMENT DISPUTE |
|---|---|---|
| ☑ Breach of Contract | ☐ Debt Collection | ☐ Breach of Contract |
| ☐ Breach of Warranty | ☐ Insurance Subrogation | ☐ Discrimination |
| ☐ Condo/Homeowner Assn. Fees | ☐ Motion/Application for Judgment by Confession | ☐ Wage Claim |
| ☐ Contract Enforcement | ☐ Motion/Application Regarding Arbitration Award | ☐ Whistle Blower |
| ☐ Negotiable Instrument | | ☐ Wrongful Termination |

| REAL PROPERTY | | | |
|---|---|---|---|
| ☐ Condo/Homeowner Assn. Foreclosure | ☐ Ejectment | ☐ Other | ☐ **FRIENDLY SUIT** |
| ☐ Declaratory Judgment | ☐ Eminent Domain | ☐ Quiet Title | ☐ **HOUSING CODE REGULATIONS** |
| ☐ Drug Related Nuisance Abatement | ☐ Interpleader | ☐ Specific Performance | ☐ **QUI TAM** |
| | | | ☐ **STRUCTURED SETTLEMENTS** |

| ADMINISTRATIVE PROCEEDINGS | | AGENCY APPEAL |
|---|---|---|
| ☐ Administrative Search Warrant | ☐ Release Mechanics Lien | ☐ Dangerous Animal Determination |
| ☐ App. for Entry of Jgt. Defaulted Compensation Benefits | ☐ Request for Subpoena | ☐ DCPS Residency Appeal |
| ☐ Enter Administrative Order as Judgment | **MALPRACTICE** | ☐ Merit Personnel Act (OEA) |
| ☐ Libel of Information | ☐ Medical – Other | ☐ Merit Personnel Act (OHR) |
| ☐ Master Meter | ☐ Wrongful Death | ☐ Other Agency Appeal |
| ☐ Petition Other | ☐ **APPLICATION FOR INTERNATIONAL FOREIGN JUDGMENT** | |

CV-496/February 2023

# Information Sheet, Continued

**CIVIL ASSET FORFEITURE**
- [ ] Currency
- [ ] Other
- [ ] Real Property
- [ ] Vehicle

**NAME CHANGE/VITAL RECORD AMENDMENT**
- [ ] Birth Certificate Amendment
- [ ] Death Certificate Amendment
- [ ] Gender Amendment
- [ ] Name Change

**TORT**
- [ ] Abuse of Process
- [ ] Assault/Battery
- [ ] Conversion
- [ ] False Arrest/Malicious Prosecution
- [ ] Libel/Slander/Defamation
- [ ] Personal Injury
- [ ] Toxic Mass
- [ ] Wrongful Death (Non-Medical Malpractice)

**GENERAL CIVIL**
- [ ] Accounting
- [ ] Deceit (Misrepresentation)
- [ ] Fraud
- [ ] Invasion of Privacy
- [ ] Lead Paint
- [ ] Legal Malpractice
- [ ] Motion/Application Regarding Arbitration Award
- [ ] Other - General Civil
- [ ] Product Liability
- [ ] Request for Liquidation
- [ ] Writ of Replevin
- [ ] Wrongful Eviction

**CIVIL I/COMPLEX CIVIL**
- [ ] Asbestos

**MORTGAGE FORECLOSURE**
- [ ] Non-Residential
- [ ] Residential

**STATUTORY CLAIM**
- [ ] Anti – SLAPP
- [ ] Consumer Protection Act
- [ ] Exploitation of Vulnerable Adult
- [ ] Freedom of Information Act (FOIA)
- [ ] Other

**TAX SALE FORECLOSURE**
- [ ] Tax Sale Annual
- [ ] Tax Sale Bid Off

**VEHICLE**
- [ ] Personal Injury
- [ ] Property Damage

- [ ] **TRAFFIC ADJUDICATION APPEAL**
- [ ] **REQUEST FOR FOREIGN JUDGMENT**

_____   _____
Filer/Attorney's Signature                Date

CV-496/February 2023