# **EXHIBIT C**

## IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**ETHAN ARNHEIM**
Plaintiff

**Case Number: 2025 2161**

**vs**

**CITIBANK NA**
Defendant

### AFFIDAVIT OF SERVICE

Now comes, Shannon Wynn the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Fort Washington, MD.

I, Shannon Wynn certify that on, **4/9/2025**, at **12:02 PM**, I served a copy of the within *Summons, Civil Division - Civil Actions Branch Information Sheet, and Complaint* upon the within named **Citibank NA**, in the following manner,

**(xx)    Corporate/Partnership Service:** Through Personal Service of each document, a true copy to **Travis Thomas, Manager,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **Citibank NA**.

Said service was effected at the following location: **1258 Wisconsin Avenue, NW, Washington, DC 20007.**

I, Shannon Wynn describe the individual accepting service **Travis Thomas** as follows: **Travis Thomas**, is a Black Male, approximately 31 - 40 yrs. old, with Black hair, approximately 5'4" - 5'8" and weighing 161-200 lb..

I, Shannon Wynn certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Sworn to and subscribed before me on
04/10/2025

_E. Schaffer_
E. Schaffer, Notary Public
Commission Expires 11/29/2028


77090

_Shannon Wynn_
Shannon Wynn
P.O. Box 18647
Washington, DC  20036
202-296-0222